CHAMBER'S COPY

FILED

MAR 16 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  EDMUND G. BROWN JR.
   Attorney General of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3  Supervising Deputy Attorneys General
   KAREN KIYO HUSTER
4  BONNIE J. CHEN
   Deputy Attorneys General
5  State Bar No. 219394
    1515 Clay Street, 20th Floor
6   P.O. Box 70550
    Oakland, CA  94612-0550
7   Telephone: (510) 622-2113
    Fax: (510) 622-2121
8   E-mail: Bonnie.Chen@doj.ca.gov
   *Attorneys for Defendants CDCR, David Mandel,*
9  *David Archambault, Timothy McCarthy, Jo Ann Van*
   *Valkenburgh, Maureen McLean*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DAVID MANDEL, Ph.D.; TIMOTHY McCARTHY, Ph.D.; JOANN VAN VALKENBURGH; MAUREEN McLean and DOES 1-100,**<br><br>Defendants. | C 08-4481 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT STATE OF CALIFORNIA**<br><br>Courtroom: 3, 3rd Floor<br>Judge:  The Honorable Saundra B. Armstrong<br>Trial Date:  April 12, 2010<br>Action Filed:  September 4, 2008 |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order forthwith:

1     Defendant State of California hereby is DISMISSED with prejudice from this action. The other parties are unaffected by this order. No party will be liable for any other party's attorneys' fees or costs of suit by reason of this dismissal. No party will be considered a prevailing party by reason of this dismissal.

Dated: March 9, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

_____/s/ BONNIE J. CHEN_____
BONNIE J. CHEN
Deputy Attorney General
*Attorneys for Defendants CDCR, Mandel, Archambault, McCarthy, Van Valkenburgh & McLean*

ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.

_____/s/ ABRAHAM N. GOLDMAN__
ABRAHAM N. GOLDMAN, ESQ.
*Attorneys for Plaintiffs Brenda Davis and David Roy*

    Based on the agreement of the parties, and good cause appearing, it is SO ORDERED.

Dated: 3-13-09

SAUNDRA B. ARMSTRONG
United States District Judge

OK2008900526
90108660.doc

2