IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY, | No. C 08-4481 SBA |
| Plaintiffs, | **ORDER EXCUSING PERSONAL ATTENDANCE AT ENE** |
| v. | |
| STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to ADR Local Rule 5-10, the following parties are excused from personally appearing at the early neutral evaluation scheduled in this case: Jo Ann Van Valkenburgh and David Archambault. These defendants must be available by phone. CDCR Senior Staff Attorney Sharon Higgs must appear in person.

**IT IS SO ORDERED.**

Dated: 3/30/09

WAYNE D. BRAZIL
United States Magistrate Judge