EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
KAREN KIYO HUSTER
BONNIE J. CHEN
Deputy Attorney General
State Bar No. 219394
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2113
 Fax:  (510) 622-2121
 E-mail:  Bonnie.Chen@doj.ca.gov
*Attorneys for Defendants CDCR, David Mandel,
David Archambault, Timothy McCarthy, Jo Ann Van
Valkenburgh, Maureen McLean*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DAVID MANDEL, Ph.D.; TIMOTHY McCARTHY, Ph.D.; JOANN VAN VALKENBURGH; MAUREEN McLean and DOES 1-100,**<br><br>Defendants. | C 08-4481 SBA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO COMPLETE ENE**<br><br>Date:             April 30, 2009<br>Courtroom:   3, 3rd floor<br>Judge            The Honorable Saundra B. Armstrong<br>Trial Date     April 12, 2010<br>Action Filed:   September 4, 2008 |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order forthwith:

Due to scheduling conflicts among the parties, the parties jointly and respectfully request that the deadline for completion of the Early Neutral Evaluation be extended from April 30, 2009

1

1  to May 27, 2009.  The parties and the evaluator have met and conferred and have scheduled May
2  26, 2009, as the date to hold the Early Neutral Evaluation.

3  Dated:  April 23, 2009                                    Respectfully submitted,

4                                                            EDMUND G. BROWN JR.
                                                             Attorney General of California
5
                                                             _____/S/ BONNIE J. CHEN_____
6                                                            BONNIE J. CHEN
                                                             Deputy Attorney General
7                                                            *Attorneys for Defendants CDCR, Mandel,
                                                             Archambault, McCarthy, Van Valkenburgh
8                                                            & McLean*

9                                                            ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.

10                                                           _____/S/ ABRAHAM N. GOLDMAN__
                                                             ABRAHAM N. GOLDMAN, ESQ.
11                                                           *Attorneys for Plaintiffs Brenda Davis and
                                                             David Roy*
12

13         Based on the agreement of the parties, and good cause appearing, it is SO ORDERED.

14  The deadline to complete the Early Neutral Evaluation has been extended to May 27, 2009.

15

16

17

18

19

20  Dated:  4/27/09                                          _____
                                                             SAUNDRA B. ARMSTRONG
21                                                           United States District Judge

22

23  OK2008900526
    90112577.doc
24

25

26

27

28

                                                  2
STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO COMPLETE ENE  (C 08-4481 SBA)