UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY, ) <br> ) <br>     Plaintiff(s), ) <br> ) <br>   v. ) <br> ) <br> STATE OF CALIFORNIA, DEPT. ) <br> OF CORRECTIONS AND ) <br> REHABILITATION, et al., ) <br> ) <br>     Defendant(s). ) <br> ) <br> _____) | No. C08-4481 SBA (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Judge Armstrong has referred this case to me for discovery. Defendants have filed a motion to compel. **IT IS HEREBY ORDERED** that the plaintiffs shall set forth their position on the discovery dispute in a letter of **not more than two pages** to be served and filed by **noon on Wednesday, September 2, 2009. IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Thursday, September 3, 2009 at 1:30 p.m.** to discuss the discovery dispute currently at issue. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 31, 2009

                                         *Bernard Zimmerman* <br>
                                        Bernard Zimmerman <br>
                               United States Magistrate Judge

G:\BZALL\-REFS\DAVIS V. ST. OF CALIF\TEL CONF ORD 1.wpd