UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA DAVIS and DAVID ROY,

        Plaintiff(s),

   v.

STATE OF CALIFORNIA, DEPT.
OF CORRECTIONS AND
REHABILITATION, et al.,

        Defendant(s).

No. C08-4481 SBA (BZ)

**SECOND DISCOVERY ORDER**

Following a telephone conference on September 3, 2009, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Defendants' motion to compel plaintiffs' response to interrogatories is **WITHDRAWN.**
2. Defendants' motion for additional deposition time is **GRANTED.** The depositions may proceed for more than one day so long as the questioning is productive.
3. In the absence of agreement all depositions shall take place in or near Crescent City, California.

1

4. Defendant's request for reimbursement of expenses is **DENIED**.

This Order resolves Docket No. 37.

Dated: September 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DAVIS V. ST. OF CALIF\DISC 2 ORD.wpd