UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA DAVIS and DAVID ROY,              )
                                         )
            Plaintiff(s),                )    No. C08-4481 SBA (BZ)
                                         )
      v.                                 )
                                         )
STATE OF CALIFORNIA, DEPT.               )
OF CORRECTIONS AND                       )    **SECOND DISCOVERY ORDER**
REHABILITATION, et al.,                  )
                                         )
            Defendant(s).                )
                                         )
_____  )

Following a telephone conference on September 3, 2009, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Defendants' motion to compel plaintiffs' response to interrogatories is **WITHDRAWN.**

2. Defendants' motion for additional deposition time is **GRANTED**.  The depositions may proceed for more than one day so long as the questioning is productive.

3. In the absence of agreement all depositions shall take place in or near Crescent City, California.

1

4.  Defendant's request for reimbursement of expenses is **DENIED**.

This Order resolves Docket No. 37.

Dated: September 4, 2009

```
                              _____
                                   Bernard Zimmerman
                              United States Magistrate Judge
```

G:\BZALL\-REFS\DAVIS V. ST. OF CALIF\DISC 2 ORD.wpd