1  EDMUND G. BROWN JR.
   Attorney General of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3  Supervising Deputy Attorneys General
   KAREN KIYO HUSTER
4  BONNIE J. CHEN
   Deputy Attorney General
5  State Bar No. 219394
     1515 Clay Street, 20th Floor
6    P.O. Box 70550
     Oakland, CA  94612-0550
7    Telephone:  (510) 622-2113
     Fax:  (510) 622-2121
8    E-mail:  Bonnie.Chen@doj.ca.gov
   *Attorneys for Defendants CDCR, David Mandel,*
9  *David Archambault, Timothy McCarthy, Jo Ann Van*
   *Valkenburgh, Maureen McLean*
10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION

14

15

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,** | C 08-4481 SBA |
| Plaintiffs, | **ORDER DENYING  REQUEST TO VACATING PRE-TRIAL DEADLINES & TRIAL DATE** |
| **v.** | |
| **STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DAVID MANDEL, Ph.D.; TIMOTHY McCARTHY, Ph.D.; JOANN VAN VALKENBURGH; MAUREEN McLEAN and DOES 1-100,** | Courtroom:  1, 4th Floor |
| | Judge        The Honorable Saundra B. Armstrong |
| | Trial Date    April 12, 2010 |
| | Action Filed:  September 24, 2008 |
| Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1

1     TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

2     TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants

3 hereby stipulate and request that the Court enter the following order forthwith:

4     The parties jointly and respectfully request that: (1) the current January 10, 2010 discovery

5 cut-off, February 23, 2010 dispositive motion cut-off, and April 12, 2010 trial date be vacated and

6 (2) a case management conference be scheduled.  The parties make this request for the following

7 reasons:

8     (1)  Plaintiff recently amended the complaint;

9     (2)  Defendants' Motion to Dismiss the Second Amended Complaint is currently pending,

10 which will be heard on December 8, 2009;

11     (3)  Due to the amending of the complaint and the motion to dismiss, neither party has

12 conducted depositions.  As the parties and counsel are spread out over a 300 mile radius, the

13 parties agree that it would be a more expeditious use of resources to conduct depositions after the

14 Court rules on the Motion to Dismiss (in the event that the Court dismisses any claims or parties);

15     (4)  The Court's current busy motions calendar will not accept motion hearing dates earlier

16 than Feburary 9, 2010.  Therefore, in order for the parties to comply with the motion cut-off

17 deadline of February 23, 2010, they must file their dispositive motions now.  This is not possible,

18 because the Motion to Dismiss and depositions are pending;

19     (5)  Neither party has thus far unduly delayed the progress of this case.  Both parties have

20 litigated this matter in good faith by exchanging and supplementing initial disclosures,

21 participating in the court-mandated ENE, and nearly completing written discovery.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

1    For the above-listed reasons, the parties respectfully request that the current discovery and

2    dispositive motion cut-off deadlines and trial date be vacated.  The parties also request that in

3    order to reschedule these dates, the Court set a case management conference date after its ruling

4    on the Motion to Dismiss the Second Amended Complaint.

5    Dated:  November 19, 2009                          Respectfully submitted,

6                                                       EDMUND G. BROWN JR.
                                                        Attorney General of California
7
                                                            /S/ BONNIE J. CHEN
8                                                       _____

9                                                       BONNIE J. CHEN
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants CDCR, Mandel,*
10                                                      *Archambault, McCarthy, Van Valkenburgh*
                                                        *& McLean*
11
                                                        ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
12
                                                            /S/ ABRAHAM N. GOLDMAN
13                                                      _____

14                                                      ABRAHAM N. GOLDMAN, ESQ.
                                                        *Attorneys for Plaintiffs Brenda Davis and*
15                                                      *David Roy*

16                                        **ORDER**

17          Based on the agreement of the parties, and good cause appearing, it is SO ORDERED.

18    All of the deadlines listed in the Court's January 26, 2009 Order for Pretrial Preparation (Docket

19    No. 24) are hereby vacated.  Specifically, the January 11, 2010 discovery cut-off and expert

20    designation deadline, the February 23, 2010 dispositive motion cut-off date, and April 12, 2010

21    trial date, are hereby vacated.  The Court will schedule a further case management conference

22    after its ruling on the Motion to Dismiss the Second Amended Complaint.

23

24

25    Dated: 11/30/09                                   _____
                                                        DENIED
26                                                      MSTRONG
                                                        ct Judge
27    OK2008900526
      90130112.doc
28

                                               3