1  EDMUND G. BROWN JR.
   Attorney General of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3  Supervising Deputy Attorneys General
   KAREN KIYO HUSTER
4  BONNIE J. CHEN
   Deputy Attorney General
5  State Bar No. 219394
    1515 Clay Street, 20th Floor
6   P.O. Box 70550
    Oakland, CA  94612-0550
7   Telephone:  (510) 622-2113
    Fax:  (510) 622-2121
8   E-mail:  Bonnie.Chen@doj.ca.gov
   *Attorneys for Defendants CDCR, David Mandel,*
9  *David Archambault, Timothy McCarthy, Jo Ann Van*
   *Valkenburgh, Maureen McLean*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,** | Case No.  C 08-4481 SBA |
| Plaintiffs, | **STIPULATED ORDER PARTIALLY GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| **STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DAVID MANDEL, Ph.D.; TIMOTHY McCARTHY, Ph.D.; JOANN VAN VALKENBURGH; MAUREEN McLEAN and DOES 1-100,** | Date:         December 8, 2009<br>Time:         2:00 p.m.<br>Courtroom:  1, 4th Floor<br>Judge         The Honorable Saundra B. Armstrong<br>Trial Date     April 12, 2010<br>Action Filed:  September 24, 2008 |
| Defendants. | |

1

This Court having considered Defendants' Motion to Dismiss the First Amended Complaint, the papers filed, and arguments made in support and in opposition thereof, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Rule 12(b)(5) & 12(b)(6) Motion to Dismiss the First Amended Complaint (Docket No. 51) is GRANTED in part and DENIED in part.

(1) Defendants' Motion to Dismiss is GRANTED with regard to Plaintiff Davis's FEHA (third) claim. The Court finds that Plaintiff Davis has failed to exhaust her administrative remedies with regard to Plaintiffs Archambault, McCarthy, McLean and Van Valkenburgh. Plaintiffs Archambault, McCarthy, McLean, and Van Valkenburgh are dismissed with prejudice and without leave to amend from the third claim.

(2) Defendants' Motion to Dismiss is GRANTED with regard to dismissing the State of California. The California Department of Corrections and Rehabilitation remains a defendant.

(3) Defendants' Rule 12(b)(5) Motion to Dismiss based on insufficiency of service of process is withdrawn.

(4) Defendants' Motion to Dismiss is DENIED with regard to Plaintiffs' equal protection (4th & 5th) claims. The Court finds that each of the individually named defendants is being sued in their individual capacity only. Defendants are not being sued in their official capacity.

(5) In response to Defendants' Motion to Dismiss the whistleblower (6th claim), the Court stays this entire action pending the resolution of the ongoing companion State Personnel Board administrative proceedings. The parties are encouraged to consider a global settlement at the settlement conference scheduled by the State Personnel Board.

(6) Defendants are ordered to e-file an answer to the remainder of the First Amended Complaint (Docket No. 48) within 30 days of this order.

(7) The clerk is ordered to make the following modifications to the deadlines listed in the Court's January 26, 2009 Order for Pretrial Preparation (Docket No. 24):

    (a) The current discovery cut-off date of January 11, 2010 is vacated.

    (b) The current expert designation date of January 11, 2010 is vacated.

    (c) The current expert rebuttal disclosure date of February 11, 2010 is vacated.

1         (d)    The current dispositive motion cut-off date of February 23, 2010 is vacated.

2         (e)    The current March 1-12, 2010 mandatory settlement conference date is vacated.

3         (f)    The current pre-trial preparation deadline of March 16, 2010 is vacated.

4         (g)    The current motions in limine and objections to evidence deadline of March 23,

5 2010 is vacated.

6         (h)    The current pre-trial conference date of April 6, 2010 is vacated.

7         (i)    The current trial dates of April 12-20, 2010 are vacated.

8         (j)    Fact discovery remains open and a new fact discovery cut-off date shall be set

9 for May 3, 2010.

10         (k)    A telephonic case management conference date shall be set for June 2, 2010,

11 2:30 p.m.  Plaintiff's counsel is to set up the conference call with all the parties on the line and

12 call chambers at (510) 637-3559.  The Court shall re-set the trial date, pre-hearing conference

13 date, expert designation cut-off date, expert rebuttal deadline, and dispositive motion cut-off date

14 at this case management conference.  The parties shall file a joint case management statement by

15 May 24, 2010.  In this statement, the parties shall report the status of: (1) whether the parties have

16 reached global settlement of the administrative and federal actions and (2) whether the SPB

17 administrative proceedings have been completed.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

3

STIPULATED [PROP.] ORDER PARTIALLY GRANTING MOTION TO DISMISS  (C 08-4481 SBA)

     (8)    Defendants' Ex Parte Application (Docket No. 61) is DENIED, as it is rendered moot by this order.

| | |
|---|---|
| Dated:  December 10, 2009 | Respectfully submitted, |
| | EDMUND G. BROWN JR.<br>Attorney General of California |
| | /S/ BONNIE J. CHEN<br>_____<br>BONNIE J. CHEN<br>Deputy Attorney General<br>*Attorneys for Defendants CDCR, Mandel, Archambault, McCarthy, Van Valkenburgh & McLean* |
| | ABRAHAM N. GOLDMAN & ASSOCIATES, LTD. |
| | /S/ ABRAHAM N. GOLDMAN<br>_____<br>ABRAHAM N. GOLDMAN, ESQ.<br>*Attorneys for Plaintiffs Brenda Davis and David Roy* |

**IT IS SO ORDERED**.

Dated: _12/17/09   _____
THE HON. SAUNDRA B. ARMSTRONG
United States District Judge

OK2008900526
90132867.doc