**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public: (510) 622-2100
Telephone: (510) 622-2113
Facsimile: (510) 622-2121
E-Mail: Bonnie.Chen@doj.ca.gov

February 26, 2010

The Honorable James Larson, Magistrate Judge
United States District Court, Northern District
P. O. Box 36060
San Francisco, CA 94102

*IT IS SO ORDERED*
*Judge James Larson*

RE: Brenda Davis & David Roy v. CDCR, et al.
United States District Court, Northern District of California, Case No. C 08-4481 SBA

Dear Judge Larson:

Thank you for setting a settlement conference date of April 13, 2010 in this matter. (Docket No. 70.) The parties look forward to resolving this matter in the most amicable and efficient manner as possible. However, the parties are in agreement that this settlement conference date should be rescheduled, as it appears to be inconsistent with Judge Armstrong's December 18, 2009 ruling. (Docket No. 67.) In this ruling, Judge Armstrong stayed this matter (except for discovery) pending the resolution of the underlying administrative matter before the California State Personnel Board ("SPB"). (Docket No. 67, at p. 2:19.) Currently, this matter is set for a prehearing & settlement conference before the SPB on May 10, 2010. Judge Armstrong instructed the parties to carefully consider a global settlement during this May 10th hearing. (Docket No. 67, at p. 2:19.) Judge Armstrong also scheduled a case management conference on June 2, 2010 to ascertain if a global settlement was reached. (Docket No. 67, at p.3; Docket No. 69.) Therefore, in order to avoid the duplicative and concurrent use of judicial resources, the parties respectfully request to that the April 13th settlement conference be taken off calendar and be rescheduled after the June 2nd case management conference. Thank you for your time and consideration. The parties shall notify the Judge Larson chambers to reschedule the settlement conference.

Sincerely,

BONNIE J. CHEN
Deputy Attorney General

For EDMUND G. BROWN JR.
Attorney General

Cc: Abraham Goldman, Esq., Counsel for Plaintiffs
OK2008900526
90139007.doc