UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS, | ) |
| | ) |
| Plaintiff(s), | )   No. C08-4481 SBA (BZ) |
| | ) |
| v. | ) |
| | )   **THIRD DISCOVERY ORDER** |
| DAVID ROY, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Defendants have moved to compel the continuation of plaintiff Davis's deposition.  **IT IS HEREBY ORDERED** as follows:

1. By **Friday, June 4, 2010**, defendants shall file a letter explaining who gave defendants leave to file the discovery motion and why the parties do not appear to have met and conferred in person and on the record in an effort to resolve this dispute.  See Initial Discovery Order, Docket No. 43.

2. By **Tuesday, June 8, 2010**, plaintiffs shall file a letter setting forth their position on the discovery dispute.

After reviewing the letters, the Court will determine

1

what further proceedings, if any, to schedule.

Dated: June 3, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DAVIS V. ST. OF CALIF\DISC 3 ORD.wpd