UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DAVID ROY,<br><br>    Defendant(s). | No. C08-4481 SBA (BZ)<br><br>**FOURTH DISCOVERY ORDER** |

Having reviewed documents 78 and 80, and having reviewed the transcript of Dr. Davis's deposition which was part of the original motion, I find no need for a hearing.  I find that both sides are responsible for the slowness of the deposition.  In particular, Dr. Davis should be admonished to be allow Ms. Huster to complete her question before she attempts to answer it.  And Ms. Huster should sharpen her questions.  **IT IS THEREFORE ORDERED** that Dr. Davis may be deposed for 180 additional minutes.

Dated: June 10, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DAVIS V. ST. OF CALIF\DISC 4 ORD.wpd

1