EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
KAREN KIYO HUSTER
BONNIE J. CHEN
Deputy Attorneys General
State Bar No. 219394
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2113
  Fax:  (510) 622-2121
  E-mail:  Bonnie.Chen@doj.ca.gov
*Attorneys for Defendants CDCR, David Mandel, David Archambault, Timothy McCarthy, Jo Ann Van Valkenburgh, Maureen McLean*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | C 08-4481 SBA<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT JO ANN VAN VALKENBURGH**<br><br>Courtroom:  1, 4th Floor<br>Judge      The Honorable Saundra B. Armstrong<br>Trial Date  December 6, 2010<br>Action Filed:  September 24, 2008 |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

Defendant Jo Ann Van Valkenburgh hereby is DISMISSED with prejudice from this action. The other parties are unaffected by this order. No party will be liable for any other

1

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT VAN VALKENBURGH  (C 08-4481 SBA)

party's attorneys' fees or costs of suit by reason of this dismissal.  No party will be considered a prevailing party by reason of this dismissal.

Dated:  September 15, 2010                                Respectfully submitted,

                                                        EDMUND G. BROWN JR.
                                                        Attorney General of California

                                                        _____/S/ BONNIE J. CHEN_____
                                                        BONNIE J. CHEN
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants CDCR, Mandel, Archambault, McCarthy, Van Valkenburgh & McLean*

                                                        ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.

                                                        _____/S/ ABRAHAM N. GOLDMAN___
                                                        ABRAHAM N. GOLDMAN, ESQ.
                                                        *Attorneys for Plaintiffs Brenda Davis and David Roy*

       Based on the agreement of the parties, and good cause appearing, it is SO ORDERED.

Dated: _9/17/10                                                     _____
                                                SAUNDRA B. ARMSTRONG
                                                United States District Judge

OK2008900526
90108660.doc