UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVIS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No: C 08-04481 SBA<br><br>**ORDER** |

On September 15, 2010, Plaintiffs filed a Motion to Stay Defendants' Motion for Summary Judgment, or in the Alternative, to Extend Time for Plaintiffs to File Opposition by One Week. (Docket No. 105.) Finding good cause shown,

IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED IN PART. Plaintiffs shall file their opposition by September 24, 2010. Defendants' reply shall be filed by October 1, 2010. The hearing date on Defendants' Motion for Summary Judgment remains unchanged. Plaintiffs' motion is DENIED in all other respects.

IT IS SO ORDERED.

Dated: September 20, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge