Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
Post Office Box 120 / 12896 Rices Crossing Road
Oregon House, California 95962-0120
Tel.: (530) 692-2267
Fax: (530) 692-2543
Email: agoldman@succeed.net

Attorney for Plaintiffs
BRENDA DAVIS and DAVID ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DAVID MANDEL, Ph.D.; DAVID ARCHAMBAULT, Ph.D.; TIMOTHY McCARTHY, Ph.D.; JOANN VAN VALKENBURGH; MAUREEN McLEAN and DOES 1-100,**<br><br>Defendants. | Case No.: 08-cv-04481 SBA<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT MAUREEN McLEAN**<br><br>Courtroom: 1, 4th Floor<br>Judge   The Honorable Saundra B. Armstrong<br><br>Trial Date   December 6, 2011<br>Action Filed: September 4, 2008 |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order forthwith:

Defendant MAUREEN McLEAN is hereby DISMISSED with prejudice from this action. The other parties are unaffected by this order. No party will be liable for any other party's attorneys' fees or costs of suit by reason of this dismissal. No party will be considered a prevailing party by reason of this dismissal.

1

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT McLEAN          ( 08-cv-04481 SBA)

Respectfully submitted,

Dated: September 24, 2010

EDMUND G. BROWN JR.
Attorney General of California

*/S/ KAREN KIYO HUSTER*
KAREN KIYO HUSTER
Deputy Attorney General
*Attorneys for Defendants CDCR, Mandel, Archambault, McCarthy, Van Valkenburgh & McLean*

Dated: September 24, 2010

ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.

*/S/ ABRAHAM N. GOLDMAN*
ABRAHAM N. GOLDMAN, ESQ.
*Attorneys for Plaintiffs Brenda Davis and David Roy*

Based on the agreement of the parties, and good cause appearing, it is **SO ORDERED**.

Dated: _9/28/10

_____
SAUNDRA B. ARMSTRONG
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT McLEAN     ( 08-cv-04481 SBA)