```
 1 | EDMUND G. BROWN JR.
   | Attorney General of California
 2 | MIGUEL A. NERI
   | FIEL D. TIGNO
 3 | Supervising Deputy Attorneys General
   | KAREN KIYO HUSTER
 4 | BONNIE J. CHEN
   | Deputy Attorneys General
 5 | State Bar No. 219394
   | 1515 Clay Street, 20th Floor
 6 | P.O. Box 70550
   | Oakland, CA  94612-0550
 7 | Telephone: (510) 622-2113
   | Fax: (510) 622-2121
 8 | E-mail: Bonnie.Chen@doj.ca.gov
   | Attorneys for Defendants CDCR, David Mandel &
 9 | Timothy McCarthy
```

**RECEIVED**

OCT 1 9 2010

CLERK ... ... COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL FILED**

OCT 2 1 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY, | C 08-4481 SBA (JL) |
| Plaintiffs, | [PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE |
| v. | |
| CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al. | Date:       October 26, 2010<br>Time:       10:00 a.m.<br>Judge       The Honorable James Larson<br>Courtroom:  F, 15th Floor<br>Trial Date   December 6, 2010 |
| Defendants. | Action Filed:  September 4, 2008 |

The following parties are excused from personally appearing at the settlement conference scheduled in this case: David Mandel and Timothy McCarthy.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES LARSON

OK2008900526
90110255.doc

1

[Proposed] Order Excusing Personal Attendance at Settlement Conference  (C 08-4481 SBA (JL))