UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>           Plaintiffs,<br><br>      vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>           Defendants. | Case No: C 08-04481 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order granting in part and denying in part Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendants as to Plaintiffs' First, Second, Third, Fourth, and Fifth Causes of Action.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge