IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. C 08-4481 SBA (NMC)<br><br>[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE |

The following parties are excused from personally appearing at the settlement conference scheduled in this case: David Mandel and Timothy McCarthy.

**IT IS SO ORDERED.**

Dated: May 30, 2013

The Honorable Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins