IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No. C 08-4481 SBA (NMC) <br><br> [PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE |

The following parties are excused from personally appearing at the settlement conference scheduled in this case: David Mandel and Timothy McCarthy.

**IT IS SO ORDERED.**

Dated: May 30, 2013

The Honorable Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins

1