EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
KAREN KIYO LOWHURST
BONNIE J. CHEN
Deputy Attorney General
State Bar No. 219394
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2113
 Fax:  (510) 622-2121
 E-mail:  Bonnie.Chen@doj.ca.gov
*Attorneys for Defendants CDCR, David Mandel,
Timothy McCarthy*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DAVID MANDEL, Ph.D.; TIMOTHY McCARTHY, Ph.D.; JOANN VAN VALKENBURGH; MAUREEN McLEAN and DOES 1-100,**<br><br>Defendants. | C 08-4481 SBA<br><br>**STIPULATED ORDER CONTINUING DEADLINE FOR DISPUTED JURY INSTRUCTIONS AND SUPPORTING MEMORANDA**<br><br>Date:        October 22, 2013 (Pretrial)<br>Time:        1:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge         The Honorable Saundra B. Armstrong<br>Trial Date   October 28, 2013<br>Action Filed: September 24, 2008 |

1

Stipulated [Proposed] Order Continuing Deadline For Disputed Jury Instructions and Supporting Memoranda  (C 08-4481 SBA)

1  TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

2  TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants
3  hereby stipulate and request that the Court enter the following order forthwith:

4  The parties jointly and respectfully request one extra week to file their separate sets of
5  disputed proposed jury instructions with supporting memoranda.  The parties are currently
6  meeting and conferring in good faith, and plan to timely file a joint set of agreed-upon proposed
7  jury instructions on September 17, 2014.  The parties agree on a majority of the proposed jury
8  instructions, as they are largely based on the Ninth Circuit Manual of Model Jury Instructions,
9  where applicable.  The parties will need additional time to prepare the memoranda requested for
10 the disputed jury instructions mentioned on page 4, paragraph (f) of the Court's standing order for
11 pretrial preparation.  The parties are hoping to effectively utilize the Court's time and resources
12 by thoroughly meeting and conferring on these issues prior to the pre-trial conference.

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulated [Proposed] Order Continuing Deadline For Disputed Jury Instructions and Supporting Memoranda  (C 08-4481 SBA)

The parties respectfully request that the deadline for filing separate sets of disputed proposed jury instructions with supporting memoranda be extended to September 24, 2013.

Dated: September 16, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
KAREN KIYO LOWHURST
Deputy Attorney General

　　　　　/s/ Bonnie J. Chen
BONNIE J. CHEN
Deputy Attorney General
*Attorneys for Defendants CDCR, Mandel & McCarthy*

Respectfully submitted,

HAGLUND KELLEY JONES & WILDER, LLP

　　　　　/s/ Christopher Lundberg
CHRISTOPHER LUNDBERG
*Attorneys for Plaintiff Brenda Davis and David Roy*

## ORDER

Based on the agreement of the parties, and good cause appearing, it is SO ORDERED. The parties' separate sets of disputed proposed jury instructions and supporting memoranda shall be filed no later than September 24, 2013.

Dated: 9/17/2013

_____
SAUNDRA B. ARMSTRONG
United States District Judge

OK2008900526
90130112.doc

3

Stipulated [Proposed] Order Continuing Deadline For Disputed Jury Instructions and Supporting Memoranda (C 08-4481 SBA)