1  Christopher Lundberg, OSB No. 941084
   Matthew E. Malmsheimer, OSB No. 033847
2  **Haglund Kelley LLP**
   200 S.W Market Street, Suite 1777
3  Portland, Oregon 97201
       Admitted *Pro Hac Vice*
4  Tel:  (503) 225-0777
   Fax: (503) 225-1257
5  Email:  clundberg@hk-law.com
             mmalmsheimer@hk-law.com
6
7  David Springfield, Calif. SBN 226630
   **The Springfield Law Firm**
8  P.O. Box 660 / 12896 Rices Crossing Road
   Oregon House, CA  95962
9  Tel.:   (530) 692-2267
   Fax:    (530) 692-2543
10 Email:  David.Springfield@gmail.com

11 Attorneys for Plaintiffs
   BRENDA DAVIS and
12 DAVID ROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>Defendants. | Case No: 4:08-cv-04481-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT TIMOTHY MCCARTHY**<br><br>Courtroom: 1, 4th Floor<br>Judge:  The Honorable Saundra B. Armstrong<br>Trial Date: October 28, 2013<br>Action Filed: September 4, 2008 |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order forthwith:

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT TIMOTHY MCCARTHY**
Case No. 4:08-cv-04481-SBA

0000018052H073 PL15

- 1 -

Defendant TIMOTHY MCCARTHY is hereby DISMISSED with prejudice from this action. The other parties are unaffected by this order. No party will be liable for any other party's attorneys' fees or costs of suit by reason of this dismissal. No party will be considered a prevailing party by reason of this dismissal.

Respectfully submitted,

Dated: September 20th, 2013

EDMUND G. BROWN JR.
Attorney General of California

By: /s/ Karen Kiyo Lowhurst
Karen Kiyo Lowhurst,
Bonnie Chen, Calif SBN 219349
Deputy Attorneys General
Attorneys for Defendants CDCR, Mandel, & McCarthy

Dated: September 20th, 2013

HAGLUND KELLEY LLP

By: /s/ Christopher Lundberg
Christopher Lundberg, Oregon OSB No. 941084
Matthew E. Malmsheimer, OSB No. 033847
Admitted *Pro Hac Vice*
David Springfield, Calif. SBN 226630
Attorneys for Plaintiff

Based on the agreement of the parties, and good cause appearing, it is **SO ORDERED.**

Dated: 9/20/2013

SAUNDRA B. ARMSTRONG
United States District Judge

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT TIMOTHY MCCARTHY**
Case No. 4:08-cv-04481-SBA

0000018052H073 PL15

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2013, I served the foregoing Stipulation and [Proposed] Order Dismissing Defendant Timothy McCarthy, on the following:

Karen Kiyo Lowhurst
Bonnie J. Chen
Deputy Attorneys General
1515 Clay Street, 20th Floor
PO Box 70550
Oakland CA 94612-0550

Attorneys for Defendants

by the following indicated method(s):

☐ by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney(s) at the last known office address of the attorney(s), and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney(s) at the last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney(s) as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney(s) at the fax number shown above, which is the last-known fax number for the attorney(s)' office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorney(s) through the court's Cm/ECF system on the date set forth above.

/s/Matthew E. Malmsheimer

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT TIMOTHY MCCARTHY**
Case No. 4:08-cv-04481-SBA

0000018052H073 PL15

- 3 -