Christopher Lundberg, OSB No. 941084
Matthew E. Malmsheimer, OSB No. 033847
**Haglund Kelley LLP**
200 S.W Market Street, Suite 1777
Portland, Oregon 97201
   Admitted *Pro Hac Vice*
Tel:  (503) 225-0777
Fax: (503) 225-1257
Email:  clundberg@hk-law.com
        mmalmsheimer@hk-law.com

David Springfield, Calif. SBN 226630
**The Springfield Law Firm**
P.O. Box 660 / 12896 Rices Crossing Road
Oregon House, CA  95962
Tel.:    (530) 692-2267
Fax:    (530) 692-2543
Email:  David.Springfield@gmail.com

Attorneys for Plaintiffs
BRENDA DAVIS and
DAVID ROY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>           Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>           Defendants. | Case No:  4:08-cv-04481-SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DEADLINE FOR<br>RESPONSES AND REPLIES<br>TO MOTIONS IN LIMINE/OBJECTIONS<br>TO EVIDENCE**<br><br>Courtroom:  1, 4th Floor<br>Judge:  The Honorable Saundra B. Armstrong<br>Trial Date: October 28, 2013<br>Action Filed: September 4, 2008 |

/// /// ///

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order:

The parties jointly and respectfully request that the deadlines to file their Responses to Motions in Limine/Objections to Evidence, and the Replies to those Responses, be continued by an additional week.  The current deadline for the Responses to Motions in Limine and Objections to Evidence is October 1, 2013.  The current deadline for Replies is October 8, 2013.  Dkt. 194.  The Pretrial Conference is scheduled for October 22, 2013.  Id.   However, counsel for plaintiff are currently responding to a potentially dispositive motion in another case which will significantly interfere with their ability to adequately respond to defendant's Motions in Limine under the current deadlines.  The requested continuance would make the Responses due on October 8, 2013 and the Replies thereto due on October 15, 2013.  The requested extension will track the deadlines set forth in this Court's Standing Order for Pretrial Preparation of Civil Cases, p. 5, ¶¶ 4 & 5 -- i.e., 14-days prior to the Pretrial Conference for Responses and 7-days prior to the Pretrial Conference for Replies.  It also will not affect any of the other scheduled deadlines.  Accordingly, there is good cause for the requested set over.

/// /// ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR RESPONSES AND REPLIES TO MOTIONS IN LIMINE/OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA

0000018052H073 PL25

Respectfully submitted,

Dated: September 26th, 2013                EDMUND G. BROWN JR.
                                           Attorney General of California


                                           By: /s/ Karen Kiyo Lowhurst
                                           Karen Kiyo Lowhurst,
                                           Bonnie Chen, Calif SBN 219349
                                           Deputy Attorneys General
                                           Attorneys for Defendants CDCR, Mandel, &
                                           McCarthy


Dated: September 26th, 2013                HAGLUND KELLEY LLP


                                           By: /s/ Christopher Lundberg
                                           Christopher Lundberg, Oregon OSB No. 941084
                                           Matthew E. Malmsheimer, OSB No. 033847
                                           Admitted *Pro Hac Vice*
                                           David Springfield, Calif. SBN 226630
                                           Attorneys for Plaintiff


Based on the agreement of the parties, and good cause appearing, it is **SO ORDERED.** The parties' Responses to Motions in Limine and Objections to Evidence shall be filed no later than October 8, 2013. The Replies thereto shall be filed no later than October 15, 2013.


Dated: 9/26/2013                           *[signature]*
                                           SAUNDRA B. ARMSTRONG
                                           United States District Judge


**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR RESPONSES AND REPLIES TO MOTIONS IN LIMINE/OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA

0000018052H073 PL25

# CERTIFICATE OF SERVICE

I hereby certify that on the 26<u>th</u> day of September, 2013, I served the foregoing Stipulation and [Proposed] Order Continuing Deadline for Responses and Replies to Motions in Limine/Objections to Evidence, on the following:

| | |
|---|---|
| Karen Kiyo Lowhurst<br>Bonnie J. Chen<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>PO Box 70550<br>Oakland CA 94612-0550<br><br>Attorneys for Defendants | |

by the following indicated method(s):

☐     by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney(s) at the last known office address of the attorney(s), and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐     by causing a full, true and correct copy thereof to be **hand delivered** to the attorney(s) at the last known address listed above on the date set forth above.

☐     by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney(s) as shown above on the date set forth above.

☐     by **faxing** a full, true and correct copy thereof to the attorney(s) at the fax number shown above, which is the last-known fax number for the attorney(s)' office on the date set forth above.

☒     by transmitting full, true and correct copies thereof to the attorney(s) through the court's Cm/ECF system on the date set forth above.

                                /s/Matthew E. Malmsheimer

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR RESPONSES AND REPLIES TO MOTIONS IN LIMINE/OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA

0000018052H073 PL25