Christopher Lundberg, OSB No. 941084
Matthew E. Malmsheimer, OSB No. 033847
**Haglund Kelley LLP**
200 S.W Market Street, Suite 1777
Portland, Oregon 97201
    Admitted *Pro Hac Vice*
Tel:  (503) 225-0777
Fax: (503) 225-1257
Email:  clundberg@hk-law.com
            mmalmsheimer@hk-law.com

David Springfield, Calif. SBN 226630
**The Springfield Law Firm**
P.O. Box 660 / 12896 Rices Crossing Road
Oregon House, CA  95962
Tel.:    (530) 692-2267
Fax:    (530) 692-2543
Email:  David.Springfield@gmail.com

Attorneys for Plaintiffs
BRENDA DAVIS and

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>              Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>              Defendants. | Case No:  4:08-cv-04481-SBA<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF'S SUPPLEMENTAL MOTIONS IN LIMINE /OBJECTIONS TO EVIDENCE**<br><br>Courtroom:  1, 4th Floor<br>Judge:  The Honorable Saundra B. Armstrong<br>Trial Date: October 28, 2013<br>Action Filed: September 4, 2008 |

/// /// ///

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S SUPPLEMENTAL MOTIONS IN LIMINE /OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA

- 1 -

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order:

The parties jointly and respectfully request that Plaintiff be permitted to file her Supplemental Motions in Limine/Objections to Evidence.  For efficiency's sake, the Supplemental Motions are filed concurrently with this Stipulation.  Defendants will have any Response filed no later than October 18, 2013 and Plaintiff will have a Reply, if any, filed by October 21, 2013.  The requested filing is designed to aid in the efficient resolution of pre-trial issues and to allow for a smooth and efficient trial presentation, and it will not affect any of the other scheduled deadlines.  Accordingly, there is good cause for the request.

/// /// ///

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S SUPPLEMENTAL MOTIONS IN LIMINE /OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA

Respectfully submitted,

Dated: October 11th , 2013                EDMUND G. BROWN JR.
                                          Attorney General of California


                                          By: /s/ Karen Kiyo Lowhurst
                                          Karen Kiyo Lowhurst,
                                          Bonnie Chen, Calif SBN 219349
                                          Deputy Attorneys General
                                          Attorneys for Defendants CDCR, Mandel, &
                                          McCarthy


Dated: October 11th , 2013                HAGLUND KELLEY LLP


                                          By: /s/ Christopher Lundberg
                                          Christopher Lundberg, Oregon OSB No. 941084
                                          Matthew E. Malmsheimer, OSB No. 033847
                                          Admitted *Pro Hac Vice*
                                          David Springfield, Calif. SBN 226630
                                          Attorneys for Plaintiff


    Based on the agreement of the parties, and good cause appearing, it is **SO ORDERED.** Plaintiff's Supplemental Motions in Limine /Objections to Evidence shall be filed on October 11, 2019.  Defendants' Response shall be filed not later than October 18, 2013 and the Reply, if any, shall be filed no later than October 21, 2013.


Dated: 10/15/2013                         /s/ Saundra B. Armstrong
                                          SAUNDRA B. ARMSTRONG
                                          United States District Judge


**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S SUPPLEMENTAL MOTIONS IN LIMINE /OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA

# CERTIFICATE OF SERVICE

I hereby certify that on the 11<u>th</u> day of October, 2013, I served the foregoing Stipulation and [Proposed] Order Allowing Plaintiff's Supplemental Motions in Limine/Objections to Evidence, on the following:

> Karen Kiyo Lowhurst
> Bonnie J. Chen
> Deputy Attorneys General
> 1515 Clay Street, 20th Floor
> PO Box 70550
> Oakland CA 94612-0550
>
> Attorneys for Defendants

by the following indicated method(s):

☐ by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney(s) at the last known office address of the attorney(s), and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney(s) at the last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney(s) as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney(s) at the fax number shown above, which is the last-known fax number for the attorney(s)' office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorney(s) through the court's Cm/ECF system on the date set forth above.

/s/Matthew E. Malmsheimer

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S SUPPLEMENTAL MOTIONS IN LIMINE /OBJECTIONS TO EVIDENCE**
Case No. 4:08-cv-04481-SBA