UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No: C 08-4481 SBA<br><br>**ORDER** |

   IT IS HEREBY ORDERED THAT the pretrial conference scheduled for October 22, 2013 and the trial date of October 28, 2013 are VACATED.  The parties shall appear for a trial setting conference on November 19, 2013 at 10:00 a.m.

   IT IS SO ORDERED.

Dated: 10/15/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge