UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY, | Case No:  C  08-4481 SBA |
| Plaintiffs, | **ORDER** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the pretrial conference scheduled for October 22, 2013 and the trial date of October 28, 2013 are VACATED.  The parties shall appear for a trial setting conference on <u>November 19, 2013 at 10:00 a.m.</u>

IT IS SO ORDERED.

Dated:  10/15/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge