Christopher Lundberg, OSB No. 941084
Matthew E. Malmsheimer, OSB No. 033847
**Haglund Kelley LLP**
200 S.W Market Street, Suite 1777
Portland, Oregon 97201
   Admitted *Pro Hac Vice*
Tel:  (503) 225-0777
Fax: (503) 225-1257
Email:  clundberg@hk-law.com
            mmalmsheimer@hk-law.com

David Springfield, Calif. SBN 226630
**The Springfield Law Firm**
P.O. Box 660 / 12896 Rices Crossing Road
Oregon House, CA  95962
Tel.:    (530) 692-2267
Fax:    (530) 692-2543
Email:  David.Springfield@gmail.com

Attorneys for Plaintiff
BRENDA DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>              Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>              Defendants. | Case No: 4:08-cv-04481-SBA<br><br>**STIPULATION AND ORDER REGARDING RESPONSE AND REPLY DEADLINES FOR SUPPLEMENTAL MOTIONS IN LIMINE**<br><br>Courtroom: 1, 4th Floor<br>Judge:  The Honorable Saundra B. Armstrong<br>Trial Date: TBD<br>Action Filed: September 4, 2008 |

/// /// ///

**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE AND REPLY DEADLINES FOR SUPPLEMENTAL MOTIONS IN LIMINE**
Case No. 4:08-cv-04481-SBA

- 1 -

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT THE undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order:

The parties have recently filed Supplemental Motions In Limine. Dkt. Nos. 234 & 237. The parties jointly and respectfully request that the Court set the deadline for Responses to those Motions two weeks from the date of filing, with the deadline for filing any Reply three weeks from the date of filing of the Supplemental Motion. For Dkt. No 234, that will make Defendants' Response due on October 25, 2013 with Plaintiff's Reply, if any, due on November 1, 2013. For Dkt. No. 237, that will make Plaintiff's Response due on October 28,with Defendants' Reply, if any, due on November 4, 2013. These deadlines will permit the parties to address the issues raised in the Supplemental Motions in Limine, are consistent with the Court's Standing order on Pretrial Preparation, and will not affect any of the other scheduled deadlines. Accordingly, there is good cause for the request.

/// /// ///

**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE AND REPLY DEADLINES FOR SUPPLEMENTAL MOTIONS IN LIMINE**
Case No. 4:08-cv-04481-SBA

Respectfully submitted,

Dated: October 15th , 2013      EDMUND G. BROWN JR.
Attorney General of California


By: /s/ Karen Kiyo Lowhurst
Karen Kiyo Lowhurst,
Bonnie Chen, Calif SBN 219349
Deputy Attorneys General
Attorneys for Defendants CDCR, Mandel, & McCarthy


Dated: October 15th , 2013      HAGLUND KELLEY LLP


By: /s/ Christopher Lundberg
Christopher Lundberg, Oregon OSB No. 941084
Matthew E. Malmsheimer, OSB No. 033847
Admitted *Pro Hac Vice*
David Springfield, Calif. SBN 226630
Attorneys for Plaintiff


Based on the agreement of the parties, and good cause appearing, it is **SO ORDERED.** Defendants' Response to Dkt. No 234 is due on October 25, 2013, with Plaintiff's Reply, if any, due on November 1, 2013. Plaintiff's Response to Dkt. No. 237 is due on October 28, with Defendants' Reply, if any, due on November 4, 2013.


Dated: 10/16/2013      *[signature]*
SAUNDRA B. ARMSTRONG
United States District Judge


**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE AND REPLY DEADLINES FOR SUPPLEMENTAL MOTIONS IN LIMINE**
Case No. 4:08-cv-04481-SBA

# CERTIFICATE OF SERVICE

I hereby certify that on the 15<u>th</u> day of October, 2013, I served the foregoing Stipulation and [Proposed] Order Regarding Response and Reply Deadlines for Supplemental Motions in Limine, on the following:

| | |
|---|---|
| Karen Kiyo Lowhurst<br>Bonnie J. Chen<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>PO Box 70550<br>Oakland CA 94612-0550<br><br>Attorneys for Defendants | |

by the following indicated method(s):

☐ by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney(s) at the last known office address of the attorney(s), and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney(s) at the last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney(s) as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney(s) at the fax number shown above, which is the last-known fax number for the attorney(s)' office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorney(s) through the court's Cm/ECF system on the date set forth above.

                                             /s/Matthew E. Malmsheimer

**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE AND REPLY DEADLINES FOR SUPPLEMENTAL MOTIONS IN LIMINE**
Case No. 4:08-cv-04481-SBA