UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No:  C  08-4481 SBA<br><br>**ORDER** |

　　　　On October 16, 2013, the Court issued an Order vacating the pretrial conference scheduled for October 22, 2013 and the trial date of October 28, 2013.  Dkt. 244.  The Order stated that the parties shall appear for a trial setting conference on November 19, 2013 at 10:00 a.m.  On October 31, 2013, Plaintiff Brenda Davis ("Plaintiff") filed an unopposed motion requesting entry of a scheduling order specifying the matters to be addressed at the trial setting conference.  Dkt. 248.

　　　　IT IS HEREBY ORDERED THAT the trial setting conference scheduled for **November 19, 2013 at 10:00 a.m.** is CONTINUED to **November 21, 2013 at 3:00 p.m.**  The trial setting conference will be held telephonically.  At the trial setting conference, the parties shall be prepared to discuss the scheduling of a pretrial conference date and the date for the commencement of trial.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint statement, which proposes dates for a pretrial conference and the commencement of trial.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff is responsible

1 | for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.  This Order terminates Docket 248.

IT IS SO ORDERED.

Dated: 11/6/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge