KAMALA D. HARRIS
Attorney General of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
KAREN KIYO LOWHURST
State Bar No. 173622
BONNIE J. CHEN
State Bar No. 219394
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2113
 Fax:  (510) 622-2121
 E-mail:  Bonnie.Chen@doj.ca.gov
*Attorneys for Defendants CDCR and David Mandel*

CHRISTOPHER LUNDBERG, Oregon OSB No. 941084
MATTHEW E. MALMSHEIMER, OSB No. 033847
Haglund Kelley Jones & Wilder, LLP
 200 S.W. Market Street, Suite 1777
 Portland, Oregon 97201
 Admitted *Pro Hac Vice*
 Telephone:  (503) 225-0777
 Fax:  (503) 225-1257
 E-mail:  clundberg@hk-law.com
          mmalmsheimer@hk-law.com
*Attorneys for Plaintiff Brenda Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENDA DAVIS,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | C 08-4481 SBA<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>Trial Date:      May 12, 2014<br>Time:            8:30 a.m.<br>Courtroom:   1, 4th floor<br>Judge:           The Honorable Saundra B. Armstrong<br>Action Filed:  September 24, 2008 |

1     TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

2     PLEASE TAKE NOTICE THAT THE undersigned counsel of record for Plaintiff Brenda
3 Davis and Defendants California Department of Corrections and Rehabilitation and David
4 Mandel hereby stipulate and request that the Court vacate and continue the May 12, 2014 trial
5 dates. Defendants are requesting to continue the trial date because Defendant Mandel, the key
6 individually named defendant in this matter, has suddenly become severely ill with stage 2
7 bladder cancer. Dr. Mandel's doctor has ordered that he not participate in litigation for the
8 remainder of this year. Dr. Mandel is currently undergoing lengthy chemotherapy and surgery,
9 and will need to spend the rest of the year on his prescribed treatment and recovery. It would
10 greatly impair Dr. Mandel's health and recovery, should he be forced to participate in litigation
11 during this time. Due to the chemotherapy, Dr. Mandel is currently immuno-compromised. Dr.
12 Mandel has been ordered to stay away from people, or places where he may pick up an infection,
13 cold or virus. Therefore, to force Dr. Mandel to participate in litigation any time during this year
14 will greatly impair his recovery. Given Dr. Mandel's oncologist's medical opinion, Defendants
15 request that the trial be continued to 2015, when Dr. Mandel's health is restored, and he is
16 capable of assisting in his defense. Please see Exhibit A for a true and correct copy of a letter
17 from Dr. Mandel's physician. Plaintiff Brenda Davis does not oppose this request. Accordingly,
18 there is good cause for the request.

19     Additionally, Plaintiff Brenda Davis respectfully requests that the Court decide the pretrial
20 motions *in limine* as scheduled, if possible. Defendants do not object to Plaintiff's request.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | KAMALA D. HARRIS<br>Attorney General of California<br>MIGUEL A. NERI<br>FIEL D. TIGNO<br>Supervising Deputy Attorneys General<br>KAREN KIYO LOWHURST<br>Deputy Attorney General |

　　　　　　　　　　　　　　　/s/ Bonnie J. Chen
　　　　　　　　　　　　BONNIE J. CHEN
　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　*Attorneys for Defendants CDCR and David Mandel*

Respectfully submitted,

HAGLUND KELLEY JONES & WILDER, LLP

　　　　　　　　　　　　　　　/s/ Christopher Lundberg
　　　　　　　　　　　　CHRISTOPHER LUNDBERG, ESQ.
　　　　　　　　　　　　*Attorneys for Plaintiff Brenda Davis*

**ORDER**

The May 6, 2014 pretrial conference and May 12, 2014 trial dates are hereby vacated. The Court sets a Telephonic Case Management Conference on July 17, 2014, at 2:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

Dated: 4/15/2014_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra B. Armstrong

OK2008900526
90392707.doc