UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDA DAVIS and DAVID ROY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No: C 08-4481 SBA<br><br>**ORDER**<br><br>Docket 224, 227, 234, 237 |

On April 15, 2014, the Court granted the parties' stipulation to continue the trial date in this matter on the ground that Defendant David Mandel, Ph.D. ("Dr. Mandel") is seriously ill with stage two bladder cancer. Dkt. 255. On July 10, 2014, the parties filed a Joint Case Management Statement indicating that Dr. Mandel is currently under doctor's orders prohibiting him from participating in any litigation due to the risk to his health. Dkt. 256. According to the parties, Dr. Mandel will be medically unavailable "for the rest of 2014." Id. While it is unclear when Dr. Mandel will be medically cleared to participate in this action, Defendants are hopeful that he will be able to do so by the summer of 2015. Id.

On July 17, 2014, a Case Management Conference was held. Dkt. 257. At the conference, the Court did not set a new trial date in light of Dr. Mandel's illness and unavailability for trial. Id. Instead, the Court scheduled a further Case Management Conference for October 1, 2014. Id.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Clerk shall ADMINISTRATIVELY terminate the motions in limine filed by the parties. Dkt. 224, 227, 234, 237.

2. Upon the scheduling of a new trial date, the Court will set a hearing date for the motions in limine or issue an Order indicating that the motions will be resolved on the papers without a hearing.

3. This Order administratively terminates Docket 224, 227, 234, and 237.

IT IS SO ORDERED.

Dated:  8/14/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge