IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDA DAVIS and DAVID ROY,** | Case No. C 08-4481 SBA (NMC) |
| Plaintiffs, | [~~PROPOSED~~] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Defendant David Mandel is excused from personally appearing at the settlement conference scheduled in this case. Defendant Mandel must available for telephone consultation for the duration of the conference.

**IT IS SO ORDERED.**

Dated: December 12, 2014             _____
The Honorable Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins

1

[~~Proposed~~] Order Excusing Personal Attendance at Settlement Conference (C 08-4481 SBA (NMC))